# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2013

## NO. 03-12-00680-CV

**Vic A. Gardner, Appellant**

**v.**

**Greg Abbott, Attorney General of Texas; The State of Texas; and Glenn Elliott, Individually, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED ON MOTION FOR REHEARING --
OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the opinion and judgment dated July 18, 2013, are withdrawn, and this opinion and judgment are substituted in their places; and that the judgment of the trial court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.